UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL JR., | Case No. 2:20-cv-01651-APG-VCF |
| Plaintiff | ORDER |
| v. | |
| BRIAN WILLIAMS SR., et al., | |
| Defendants | |

    The parties seek to hold a global settlement conference in this case.  (ECF Nos. 8, 11).  The Court extends the stay until three days after the global settlement conference.  The status report is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

    For the foregoing reasons, it is ordered that the stay is extended until three days after the global settlement conference.  The Office of the Attorney General will file the report form regarding the results of the stay by that date.

DATED THIS  2nd day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE