**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD E. MITCHELL, JR., | Case No.: 2:20-cv-01651-APG-VCF |
| Plaintiff, | **Order Granting Motion to Stay** |
| v. | [ECF No. 16] |
| BRIAN WILLIAMS SR., et al., | |
| Defendants. | |

I ORDER that plaintiff Donald E. Mitchell, Jr.'s unopposed motion to stay the case pending the global settlement conference **(ECF No. 16) is GRANTED.**

I FURTHER ORDER the parties to file a status report within 21 days after the global settlement conference.

DATED this 12th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE